IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| LOU ALDRIDGE ULMER *and* ALMA J. FRAZIER | PLAINTIFFS |
| v. | CIVIL ACTION NO. 2:20-cv-165-TBM-MTP |
| UNITED STATES OF AMERICA | DEFENDANT |

**ORDER**

This matter came before the Court on the United States' Motion in Limine to Limit Testimony of Plaintiffs' Treating Physicians [145]. At the hearing conducted in this matter on November 8, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning the motion.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on November 8, 2022, the United States' Motion in Limine is GRANTED IN PART to the extent that the United States sought to bar Dr. Jeremy Rogers from testifying regarding future care and treatment necessary for Alma Frazier or regarding the cost of that future care and treatment. It is DENIED in all other respects WITHOUT PREJUDICE.

THIS, the 8th day of November, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE